Moises Enrique SOLORIO–
SELVA, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 03–70312.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 27, 2004.

Frank M. Tse, Law Office of Frank
M.K. Tse, San Francisco, CA, for Petition-
er.

Regional Counsel, Western Region, Im-
migration & Naturalization Service, Lagu-
na Niguel, CA, Ronald E. LeFevre, Chief
Legal Officer, Office of the District Coun-
sel, Department of Homeland Security,
San Francisco, CA, Terri J. Scadron, Esq.,
Joshua E. Braunstein, U.S. Department of
Justice, Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before: HALL, O'SCANNLAIN, and
RYMER, Circuit Judges.

MEMORANDUM **

Moises Enrique Solorio–Selva, a native
and citizen of Mexico, petitions for review
of the Board of Immigration Appeals'
("BIA") decision summarily affirming an
immigration judge's ("IJ") denial of his
application for asylum and withholding of
removal. We have jurisdiction under 8
U.S.C. § 1252. We review for substantial
evidence adverse credibility findings, *Gui
v. INS*, 280 F.3d 1217, 1225 (9th Cir.2002),
and we deny the petition.

Substantial evidence supports the IJ's
adverse credibility finding because Solo-
rio–Selva provided information in his asy-
lum application that was inconsistent with
his hearing testimony, and he failed to
adequately explain the discrepancies as to
whether he was detained or mistreated by
Mexican police. Because these factual dis-
crepancies went to the heart of his asylum
claim, *see Chebchoub v. INS* 257 F.3d 1038,
1043 (9th Cir.2001), substantial evidence
supports the denial of asylum, *see Lata v.
INS*, 204 F.3d 1241, 1245 (9th Cir.2000).

In addition, Solorio–Selva testified that
in 1986, he was beaten by Mexican sol-
diers, whereas his asylum application does
not mention this fact. *See Pal v. INS*, 204
F.3d 935, 940 (9th Cir.2000) (upholding
adverse credibility finding and noting ma-
terial omission from asylum application).

It follows that Navarijo–Cardenas did
not satisfy the more stringent standard for
withholding of removal. *See Lata*, 204
F.3d at 1244.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.